## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| | ) No. 2014 C 228 |
| v. | ) |
| | ) Judge Kennelly |
| | ) |
| BOB EARLING, Individually and d/b/a FLATLANDER TRANSPORT, LTD., a dissolved Illinois corporation, | ) ) ) Magistrate Judge Keys |
| | ) |
| Defendants. | ) |

## MOTION FOR DEFAULT JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1.      Suit was filed on January 14, 2014 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2.      An Amended Complaint was filed on April 4, 2014 to add an additional Defendant, FLATLANDER TRANSPORT, LTD., a dissolved Illinois corporation.

3.      Service upon FLATLANDER TRANSPORT, LTD. a dissolved Illinois corporation was made on the Secretary of State on April 9, 2014 and a copy of the proof of service was filed with the court on April 17, 2014.

4.      More than 21 days have passed without any response to the Complaint by Defendants, so that Defendants are now in default.

5.    As supported by the attached Affidavits, the sums due on the Complaint are:

$6,966.05  Pension audit
$2,611.80  Welfare audit
$925.00  Attorneys fees
$607.00  Court costs
$11,109.85

WHEREFORE, Plaintiff prays for:

1.    Entry of judgment against Defendant, FLATLANDER TRANSPORT,

LTD., a dissolved Illinois corporation in the amount of $11,109.85.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
203 N. LaSalle Street
Suite 1650
Chicago, Illinois 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: May 9, 2014